■ TOPPS CHEWING GUM, INC., Respondent, v. LUCKENBACH STEAMSHIP COMPANY, INC., Appellant, et al., Defendant.— Order unanimously affirmed; with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ ALBERT BARNETT, Respondent, v. WILTON HAYWOOD, Appellant, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ MURRAY FLEISCHER, Appellant, v. ANTHONY CITRO et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ MARY JACKO, Appellant, v. MARGARET VOHLIDKA, Individually and as Executrix of STEPHEN VITARIUS, Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ ANTHONY BURZYNSKI, Appellant, v. FINLAY DEPARTMENTS, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ NICHOLAS BULZACCHELLI, an Infant, by VITO BULZACCHELLI, His Guardian ad Litem, et al., Plaintiffs, v. GERALD DURNING, Defendant. WILLIAM CHIAMULERA, an Infant, by His Guardian ad Litem IDA CHIAMULERA, et al., Respondents, v. NICHOLAS BULZACCHELLI, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ DOROTHEA CLARRY, Respondent, v. HARRY S. CLARRY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER GARRETT.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. COLBERT GREENE.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JACOB PETTIGREW.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ JOSEPHAT NEPORANY v. PETER KIR.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

(January 15, 1959)

■ In the Matter of the Arbitration between MERRITT-CHAPMAN & SCOTT CORPORATION and CLARKE BARIDON, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.